**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DAMEON M. HALE, et al.**                                          **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO.: 3:25-CV-076-RPC-RP**

**K.T.G. USA, INC., et al.**                                          **DEFENDANTS**

**ORDER**

Before the court is Plaintiff's [43] Motion for Certification of Collective Action pursuant to 29 U.S.C. § 216(b). For the reasons set forth in the Court's Memorandum Opinion entered contemporaneously herewith, the Motion is hereby **GRANTED**.

**IT IS, THEREFORE, ORDERED**:

1.      Plaintiff's [43] Motion for Certification of Collective Action is **GRANTED**.

2.      The Court finds that Plaintiff and the proposed collective members are similarly situated within the meaning of 29 U.S.C. § 216(b), and the following collective is hereby **CERTIFIED**:

> ALL CURRENT AND FORMER HOURLY EMPLOYEES OF ROBERT L. RUTH, JR. D/B/A RBT TRANSPORTATION WHO PERFORMED YARD OPERATIONS, INCLUDING MOVING, POSITIONING, STAGING, OR SHUNTING TRAILERS OR EQUIPMENT WITHIN THE SOUTHAVEN, MISSISSIPPI OR MEMPHIS, TENNESSEE LOCATIONS AT ANY TIME FROM MARCH 14, 2022, THROUGH THE FINAL DISPOSITION OF THIS MATTER.

3.      Within fourteen (14) days of the entry of this Order, on or before April 29, 2026, Defendants shall provide to Plaintiff—to the extent such information has not already been produced—the names, addresses, email addresses, and telephone numbers of all members of the prospective collective in usable electronic form. Such information shall be used solely for the purpose of facilitating notice to the potential opt-in plaintiffs.

4.      Plaintiff's request for social security numbers is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff may request only the last four digits of the social security numbers for those individuals whose mailed notice is returned as undeliverable and for whom other reasonable efforts to provide notice have proven unsuccessful. If Plaintiff is unable to locate such individuals, Plaintiff may file a motion seeking further relief from the Court.

5.      The parties are **ORDERED** to meet and confer regarding the proposed notice and consent forms, as well as the applicable timelines and opt-in period. The parties shall submit the proposed notice and consent forms to the Court within twenty-eight (28) days of the entry of this Order, on or before May 13, 2026. If the parties are unable to agree, they shall submit competing proposals for the Court's consideration.

6.      Following approval of the notice and consent forms, the Court will establish deadlines governing dissemination of notice and the opt-in period.

**SO ORDERED**, this 15th day of April, 2026.

_Robert P. Chamberlin_
UNITED STATES DISTRICT JUDGE